■ In the Matter of THEODORE R. DUSANENKO et al., Respondents, v SANDRA LEFEVER et al., Respondents, and EMIL CONFORTI, Appellant.—Judgment of the Supreme Court, Rockland County (Donovan, J.), dated August 29, 1985, affirmed, without costs or disbursements. No opinion. Mangano, J. P., Brown, Weinstein and Kooper, JJ., concur.